FILED IN OPEN COURT
ON 11|18|2025 CRD
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:25-CR-19-D-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| MATT GARRET CLINE | ) | |
| | ) | |

The Grand Jury charges that:

On or about August 31, 2025, in the Eastern District of North Carolina within the confines of the Cape Lookout National Seashore, an area within the special maritime and territorial jurisdiction of the United States, the defendant, MATT GARRET CLINE, assaulted S.M., his intimate partner, by strangling, suffocating, and attempting to strangle and suffocate S.M., in violation of Title 18, United States Code, Section 113(a)(8).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 11/18/25

W. ELLIS BOYLE
United States Attorney

BY: EVELYN S. YARBOROUGH
Assistant United States Attorney